C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
ANTHONY M. COLE,

               Plaintiff,

      - against -

SUFFOLK COUNTY CORRECTIONAL
FACILITY *et al.*,

               Defendants.
---------------------------------------------------------- X

**ORDER**

20-cv-1883 (BMC) (AYS)

**COGAN**, District Judge.

    Plaintiff, proceeding *pro se*, commenced this action alleging mistreatment by prison and law enforcement personnel. By Order dated May 2, 2020, and issued May 4, 2020, the Court dismissed the complaint but granted plaintiff leave to file an amended complaint within 20 days of the date of the Order. By letter dated May 7, 2020, perhaps but not necessarily before he had received the Court's Order, plaintiff requested the assistance of the *pro se* office. In response, the *pro se* office mailed plaintiff a Section 1983 complaint form, instructions on how to amend his complaint, and a request for counsel.

    In consideration of plaintiff's *pro se* status, the present public health situation, and plaintiff's correspondence with the *pro se* office, the Court *sua sponte* determined to wait beyond the deadline for plaintiff to file an amended complaint. Plaintiff still has not filed an amended complaint and the time for doing so has passed. Accordingly, the complaint is hereby dismissed.

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose

of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  The Clerk of Court is directed to enter judgment and close this case.

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
      June 5, 2020